AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kennedy, Anthony M | 2. Court or Organization<br><br>U.S. Supreme Court | 3. Date of Report<br><br>5/8/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>One First Street, N.E.<br>Washington, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | McGeorge School of Law, Univ. of the Pacific |
| 2. Member, Board of Trustees | Colonial Williamsburg Foundation |
| 3. Member | United Nations Commission on the Legal Empowerment of the Poor |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2006 MAY -9 A 11:42
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M | 5/8/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan 2005 | McGeorge School of Law, Univ.of Pacific (Teaching) | $ 18,500.00 |
| 2. Apr 2005 | New York University - teaching | $ 1,500.00 |
| 3. Apr 2005 | New England School of Law - teaching | $ 2,000.00 |
| 4. Oct 2005 | Texas Wesleyan University - teaching | $ 2,000.00 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Monthly | California State Teachers Retirement System |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. See Attached | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2005 Part IV Reimbursement and Gifts

| Self | State Bar of Georgia (Building dedication) | Jan 14: Meals, lodging, and transportation from Washington, DC to Atlanta, GA and return |
| Self ██████ | ABA – Asia Law Initiative (To attend meeting of Asian Judicial Leaders in Bangkok, Thailand) | Jan 23-Jan 28: Meals, lodging, and transportation from Washington, DC to Bangkok and return (Justice Kennedy paid for ████ ██████ air transpo-tation.) |
| Self ██████ | American Chamber of Commerce (Speech) (Lecture to Hong Kong University) | Jan 28-Feb 1: Meals, lodging, and transportation from Bangkok to Hong Kong paid by ABA |
| Self ██████ | California State University (Dedication of Annenberg Wing) | Feb 11: Meals and local transportation costs |
| Self | St. Christopher's School in Richmond, VA (Lecture to student body) | Feb 26: Hotel expense and and meals |
| Self ██████ | American Judicature Society (Devitt Committee Meeting) | Apr 1-2: Meals. Air fare from Washington, DC to New York City and Boston and return prorated between American Judicature Society, NYU, and New England School of Law |
| Self ██████ | NYU (Teaching) | Apr 4-5: Meals and lodging. Transportation between Washington, DC, New York City and Boston and return prorated between American Judicature Society, NYU, and New England School of Law |

| | | |
|---|---|---|
| Self ▓▓▓▓ | New England School of Law (Teaching and Law Day Speech) | Apr 7-8: Meals and lodging. Transportation to New York City and Boston and return to Washington, DC prorated between NYU, New England School of Law, and American Judicature Soc. |
| Self ▓▓▓▓ | Eleventh Circuit Judicial Conf. (Speech) | May 11-13: Meals, lodging, and transportation from Washington, DC to Ft. Lauderdale and return |
| Self ▓▓▓▓ | McGeorge School of Law (Teaching) | July 1-31: Meals and lodging. Transportation from Washington, DC to Salzburg, Austria and Prague and return prorated between McGeorge and ABA |
| Self ▓▓▓▓ | ABA/CEELI (Advisory Board meeting) | July 7-8: Lodging and ground transportation. Prorated air fare from Washington, DC to Salzburg and Prague and return between McGeorge and ABA |
| Self | United Nations (Commission for the Legal Empowerment of the Poor) | Sept 13: Transportation from Washington, DC to New York and return |
| Self ▓▓▓▓ | McGeorge School of Law (speech) | Oct 15: Meals, hotel and transportation for ▓▓▓▓ from Washington, DC to Sacramento |
| Self ▓▓▓▓ | American Judicature Society (Devitt Award) | Oct 17: Meals, hotel, and transportation from Washington, DC to San Francisco, Dallas/Ft.Worth, New York City prorated between AJS, Texas Wesleyan and the Adm. Office of the U.S. Courts |

Self ████████ Fresno, CA Courthouse Dedication          Oct 18:  Transportation
                                                         from Washington, DC to
                                                         San Francisco/Fresno/
                                                         Dallas/Ft.Worth and
                                                         New York City prorated
                                                         between AJS, AO, and
                                                         Texas Wesleyan

Self ████████ Texas Wesleyan University                 Oct 19-20:  Meals, lodging,
              (Teaching)                                 and transportation from
                                                         Washington, DC to
                                                         San Francisco/Fresno/
                                                         Dallas/Ft.Worth and
                                                         New York City prorated
                                                         between AJS, AO, and
                                                         McGeorge School of Law

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M | 5/8/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Honorary Membership | Del Paso Country Club | $ 2400.0 |
| 2. Honorary Membership | University Club | $ 1550.0 |
| 3. Honorary Membership | Washington Golf and Country Club | $ 4000.0 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of the Werst | loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash in Bank of the West (formerly SierraWest Bank) | A | Interest | J | T | | | | | |
| 2. Cash in Wells Fargo | A | Interest | J | T | | | | | |
| 3. GE Life & Annuity (universal life policy) | A | Dividend | L | T | | | | | |
| 4. Metropolitan Life Ins. (whole life policy) | A | Dividend | J | T | | | | | |
| 5. New England Life Ins. Co. (whole life policy) | A | Dividend | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ 8 May 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544